IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHIRE VIROPHARMA INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-414 (MSG) |
| | ) | CONSOLIDATED |
| CSL BEHRING LLC and | ) | |
| CSL BEHRING GmbH, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, the parties seek additional time for expert discovery;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the following deadlines are extended as follows:

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Date for Limiting Asserted Claims | August 20, 2019 | September 4, 2019 |
| Opening Expert Reports | September 27, 2019 | November 1, 2019 |
| Responsive Expert Reports | November 1, 2019 | December 10, 2019 |
| Reply Expert Reports | November 26, 2019 | January 9, 2020 |
| Close of Expert Discovery | December 20, 2019 | February 12, 2020 |
| Letter Seeking Permission to File Summary Judgment Motions | February 6, 2020 | February 14, 2020 |
| *Daubert* Motions | February 6, 2020 | February 26, 2020 |
| Responsive *Daubert* Briefs | March 3, 2020 | March 23, 2020 |
| Reply *Daubert* Briefs | March 17, 2020 | April 6, 2020 |

Except for the above-mentioned items, this Stipulation does not otherwise modify the Court's Order. See D.I. 132.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| /s/ Karen Jacobs | /s/ Nathan R. Hoeschen |
| Karen Jacobs (#2881)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>kjacobs@mnat.com<br>dfahnestock@mnat.com<br><br>*Attorneys for Plaintiff* | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>David M. Fry (#5486)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Defendants* |

August 22, 2019

        SO ORDERED this \_\_\_\_\_ day of August, 2019.

_____
United States District Judge