IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHIRE VIROPHARMA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-414-MSG |
| | ) | |
| CSL BEHRING LLC and | ) | **CONSOLIDATED** |
| CSL BEHRING GmbH, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF DR. GREGORY BELL, MR. ROBERT STOLL, AND DR. BERNHARDT TROUT

Pursuant to *Daubert v. Merrell Dow Pharm. Inc.*, 509 U.S. 579 (1993) and Federal Rule of Evidence 702, Defendants CSL Behring LLC and CSL Behring GmbH (collectively, "CSL") respectfully move the Court to exclude portions of the testimony of Plaintiff Shire ViroPharma LLC's ("Shire") damages expert, Dr. Gregory Bell, Shire's patent law expert, Mr. Robert Stoll, and Shire's formulation validity expert, Dr. Bernhardt Trout.

The grounds for this Motion are set forth in Defendants' Memorandum in Support of this Motion, filed contemporaneously.

Counsel for CSL and Shire conferred on March 30, 2020 regarding the present motion and were unable to reach agreement regarding the relief sought.

WHEREFORE, Defendants respectfully request that the Court grant this motion and enter the proposed order attached hereto.

OF COUNSEL:
Sanya Sukduang
Jonathan Davies
COOLEY LLP
1299 Pennsylvania Ave., NW
Suite 700
(202) 842-7800
Washington, DC 20004

Amanda K. Murphy
Thomas J. Sullivan
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4000

Anthony C. Tridico
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
1 London Bridge
London SE1 9BG
United Kingdom
011.44.207.864.2800
L. Scott Burwell
Ryan P. O'Quinn
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

Dated: April 3, 2020

*/s/ Nathan R. Hoeschen*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
nhoeschen@shawkeller.com
*Attorneys for Defendants*