IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHIRE VIROPHARMA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-414-MSG |
| | ) | |
| CSL BEHRING LLC and | ) | **CONSOLIDATED** |
| CSL BEHRING GmbH, | ) | |
| | ) | |
| Defendants. | ) | |

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendants' *Daubert* Motion to Exclude Testimony of Dr. Gregory Bell, Mr. Robert Stoll, and Dr. Bernhardt Trout is GRANTED.

.

SO ORDERED this _____ day of _____, 2020.

_____
United States District Judge