# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHIRE VIROPHARMA INCORPORATED | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 17-414 |
| CSL BEHRING LLC and CSL BEHRING GMBH | : | CONSOLIDATED |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 31st day of March, 2021, upon consideration of **(1)** Plaintiff's Motion to Exclude Defendant's Expert Testimony and Strike Expert Reports (D.I. 285), Defendants' Response (D.I. 295), and Plaintiff's Reply (D.I. 302), and **(2)** Defendants' Motion to Exclude Testimony of Dr. Gregory Bell, Mr. Robert Stoll, and Dr. Bernhardt Trout (D.I. 284), Plaintiff's Response (D.I. 296), and Defendants' Reply (D.I. 300), it is hereby **ORDERED** that

1. Plaintiff's Motion to Exclude Defendant's Expert Testimony and Strike Expert Reports is **GRANTED IN PART and DENIED IN PART** as set forth in the Court's accompanying Memorandum Opinion.

2. Defendants' Motion to Exclude Testimony of Dr. Gregory Bell, Robert Stoll, and Dr. Bernhardt Trout is **GRANTED IN PART and DENIED IN PART** as set forth in the Court's accompanying Memorandum Opinion.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**